567 A.2d 1042

**TOWN & COUNTRY FINE FURNITURE, Appellant,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (CHARLES K. JERRECHIAN & SONS and Patricia S. Cooley)**

Supreme Court of Pennsylvania.

Argued Dec. 14, 1989.

Decided Jan. 5, 1990.

Charles W. Craven, David S. Florig, Philadelphia, for appellant.

Christopher H. Wright, Berwyn, for Patricia Cooley at Nos. 52 & 98.

Susan McLaughlin, John E. Smith, Ernest J. Bernabei, Philadelphia, for Charles Jerrechian & Sons at Nos. 52 & 98.

Norman R. Haigh, Secretary, for Dept. of Labor & Industry at Nos. 52 & 98.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

Orders reversed, and matter remanded to Workmen's Compensation Appeal Board for further action.